UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
SEP 2 7 2011
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. 11-29531

vs.

HONORABLE Victoria Roberts

Marcus Brown,

Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Marcus Brown, defendant in this case, hereby acknowledge that I have received a copy of the second superseding information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Term of imprisonment not to exceed five years and/or fine not to exceed $250,000

_____
Marcus Brown
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
John Freeman
Counsel for Defendant

Dated: 9/27/11