UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marcus Brown,

    Defendant.
_____/

Case No. 11-20531

Honorable Victoria A. Roberts

FILED
CLERK'S OFFICE
SEP 27 2011
U.S. DISTRICT COURT
EASTERN MICHIGAN

## WAIVER OF INDICTMENT

    I, Marcus Brown, the defendant in this case, understand that I am being charged with the following felony: conspiracy. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Marcus Brown
Defendant

_____
John Freeman
Attorney for the Defendant

Dated: 9/27/11